# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:     EUGENE TOLBERT, JR.,<br>            Debtor | CASE NO. 16-23439<br>CHAPTER 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PennyMacLoan Services, LLC as servicer for Bank of America, N.A. | Bank of America N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

6101 Condor Drive, Suite 200
Moorpark, CA 93021
Phone:   (866) 545-9070
Last Four Digits of Acct#:   XXXXXX0248

Court Claim # (if known):   9
Amount of Claim:   $19,537.59
Date Claim Filed:   08/22/2016

Phone:   (800) 669-6607
Last Four Digits of Acct.#:   7374

Name and Address where transferee payments should be sent (if different from above):

P.O. Box 660929
Dallas, TX 75266-0929
Phone:   (866) 545-9070
Last Four Digits of Acct #:   XXXXXX0248

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

*/s/ Heather Martin-Herron*
Joel W. Giddens (016700)
James Bergstrom (20622)
Heather Martin-Herron (032248)
Angela Boyd Mathews (033125)

5050 Poplar, Suite 1015
Memphis, TN 38157
(901) 578-9914

Attorneys for Movant

**CERTIFICATE OF SERVICE**

On December 1, 2016, a copy of the foregoing Transfer of Claim was served via United States Mail, postage prepaid, or electronically through the electronic case filing system (ECF) upon:

| | |
|---|---|
| Brian M. Glass | George W. Stevenson |
| Attorney at Law | Trustee |
| 5050 Poplar Avenue, Suite 618 | 5350 Poplar Avenue, Suite 500 |
| Memphis, TN 38157 | Memphis, TN 381193697 |

*/s/ Heather Martin-Herron*
Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Angela Boyd Mathews (033125)
James Bergstrom (20622)

W&A No. 318763